# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| DANIEL BARZOLOSKI, individually and on behalf of all other similarly situated, *Plaintiff(s)* v. IOVATE HEALTH SCIENCES U.S.A. INC. a/k/a MUSCLETECH, *Defendant(s)* | Civil Action No. 4:19-cv-05544-KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Iovate Health Sciences U.S.A. Inc.
1105 North Market Street, Suite 1330
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

L. Timothy Fisher
Bursor & Fisher, P.A.
1990 N. California Blvd., Suite 940
Walnut Creek, CA 94596

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong
*Signature of Clerk or Deputy Clerk*

Date: 9/4/2019